USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STACEY MERCER,                                              :
                                                            :   22-CV-322 (PAE) (RWL)
                                       Plaintiff,           :
                                                            :
            - against -                                     :   ORDER
                                                            :
                                                            :
1634 LEXINGTON AVENUE, LLC, et al                           :
                                                            :
                                       Defendants.          :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Summons was issued in this case on January 13, 2022. No further filings have been made. Accordingly, by May 10, 2022, Plaintiff shall file a letter reporting on status and explaining why the case should not be dismissed without prejudice for failure to prosecute.

                                    SO ORDERED.

                                    _____
                                    ROBERT W. LEHRBURGER
                                    UNITED STATES MAGISTRATE JUDGE

Dated: May 5, 2022
       New York, New York

Copies transmitted this date to all counsel of record.

1